BYRAM MOULTON, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Moulton* v. *Erie R. R. Co.*, 119 App. Div. 914, affirmed.
(Argued November 30, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 17, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the destruction of a barn by fire alleged to have occurred through defendant's negligence.

*Adelbert Moot* and *Helen Z. M. Rodgers* for appellant.

*George W. Watson* and *William C. Watson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.